**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| CHARLES DAVIS, et al., individually and on behalf of other similarly situated persons,<br>           Plaintiffs,<br>v.<br>NOVASTAR MORTGAGE, INC., et al.,<br>           Defendants. | No. 04-0956-CV-W-FJG |

## ORDER

Pending before the Court is plaintiff Nichelle Taylor's Notice of Acceptance of Offer of Judgment and Motion for Entry of Judgment (Doc. No. 70). Defendants made a Rule 68 offer to plaintiff Taylor in the amount of $8,400.00 with costs accrued on the date of the offer. Defendants also indicated in their Rule 68 offer that they would pay reasonable attorneys' fees in an amount to be set by the Court.

Therefore, plaintiff's motion for entry of judgment (Doc. No. 70) is **GRANTED. IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that plaintiff Nichelle Taylor have and recover from defendants, the amount of **$8,400.00,** plus costs accrued on the date of the offer. Plaintiffs shall submit a motion for award of attorneys' fees on or before **September 16, 2006.**

     IT IS SO ORDERED.

                                                                   /s/Fernando J. Gaitan, Jr.
                                                                   Fernando J. Gaitan, Jr.
                                                                   United States District Judge

Dated:    September 7, 2005
Kansas City, Missouri