IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| CHARLES DAVIS, individually and on behalf of other similarly situated persons,<br><br>　　　　　　　　　　Plaintiffs,<br>v.<br><br>NOVASTAR MORTGAGE, INC., et al.,<br><br>　　　　　　　　　　Defendants. | Case No.　　04-956-fjg |

## CONSENT TO JOIN

**I WANT TO JOIN THIS LAWSUIT** pending in the United States District Court for the Western District of Missouri, Case No. 04-956-FJG. I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. While the suit is proceeding, I may be required to respond to written questions, produce documents, give deposition testimony, and/or testify in Court. By joining this lawsuit, I designate the named Plaintiffs as my representatives, and to the fullest extent possible, to make decisions on my behalf concerning the case, the method and manner of conducting the case, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. I understand that while I have the right to choose other counsel and to pursue my claims on my own behalf, I choose to be represented by Class Counsel George A. Hanson, Norman E. Siegel and Virginia Stevens Crimmins of Stueve Siegel Hanson Woody LLP and other attorneys with whom they may associate.

Date: 1.09.06

Signature: _/s/ Steven Nash_

Name: Steven Nash